<u>NOT FOR PUBLICATION</u>

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, <br><br> Plaintiff, <br><br> v. <br><br> JENNIFER L. LEMKE, et al., <br><br> Defendants. | Civil Action No.: 15-655 (ES)(JAD) <br><br> ORDER |

**SALAS, DISTRICT JUDGE**

On March 24, 2015, Magistrate Judge Joseph A. Dickson issued an Order that required Defendant Jennifer L. Lemke to show cause why the Court should not remand this matter to the New Jersey Superior Court for lack of subject matter jurisdiction. (D.E. No. 2). Defendant Lemke filed a response on May 5, 2015. (D.E. No. 3). On May 11, 2015, Judge Dickson issued a Report and Recommendation that the Undersigned permit this case to continue in the ordinary course. (D.E. No. 4). The parties had fourteen days to file and serve any objections to Judge Dickson's Report and Recommendation pursuant to Local Civil Rule 72.1(c)(2). To date, neither party has filed any objections.

Having reviewed Defendant Lemke's submission and Judge Dickson's Report and Recommendation, and for the reasons stated therein,

**IT IS** on this 1st day of July 2015,

**ORDERED** that this Court adopts Magistrate Judge Dickson's Report and Recommendation, (D.E. No. 2), in full, as the Opinion of this Court; and it is further

- 2 -

**ORDERED** that the litigants are to move forward in this civil action; and it is further

**ORDERED** that the Clerk of the Court may terminate docket entry number 4.

*s/Esther Salas*  
**Esther Salas, U.S.D.J.**